**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

CONNELL FOLEY LLP
Stephen V. Falanga (SF6414)
Philip W. Allogramento III (PA7796)
Christopher M. Hemrick (CH3682)
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
Telephone: (973) 757-1100
Telecopy: (973) 757-1090
*Counsel to Chapter 11 Trustee*

| In re: | |
|---|---|
| ROSEVILLE SENIOR LIVING PROPERTIES, LLC,<br>        Debtor. | Bankr. Case No.: 13-31198 (MBK)<br><br>Hon. Michael B. Kaplan<br><br>Chapter 11 |

**NOTICE OF CLOSING UNDER ASSET PURCHASE AGREEMENT**
**BETWEEN STEPHEN V. FALANGA, CHAPTER 11 TRUSTEE FOR THE**
**BANKRUPTCY ESTATE OF ROSEVILLE SENIOR LIVING PROPERTIES, LLC,**
**AND DINAPOLI CAPITAL PARTNERS, LLC**

NOTICE IS HEREBY GIVEN that, on February 26, 2016, the closing of the sale of

substantially all of the Debtor's assets pursuant to that certain Asset Purchase Agreement, dated

December 22, 2015, between Stephen V. Falanga, Chapter 11 Trustee for the Bankruptcy Estate

of the Debtor, Roseville Senior Living Properties, LLC, and DiNapoli Capital Partners, LLC,

which was approved by the Court's Order (A) Authorizing and Approving the Sale of

Substantially All of the Debtor's Assets Free and Clear of Liens, Claim, Interests and

Encumbrances, Including Claims of Successor Liability, and Asset Purchase Agreement with

Respect Thereto; (B) Authorizing and Approving the Assumption and Assignment of Certain

Related Executory Contracts; (C) Waiving the Fourteen Day Stay; and (D) Granting Other

Related Relief, dated February 5, 2016 (Docket No. 547) (the "Sale Order"), occurred.

NOTICE IS FURTHER GIVEN that, pursuant to the Asset Purchase Agreement,

DiNapoli Capital Partners, LLC assigned its rights, title, interests and obligations as purchaser

under the Asset Purchase Agreement to Terraces SH, LLC, which is the entity that took title to

the Purchased Assets (as defined in the Asset Purchase Agreement) at the closing.

> CONNELL FOLEY LLP
> One Newark Center
> 1085 Raymond Blvd., 19th Floor
> Newark, New Jersey 07102
> Telephone:  (973) 757-1100
> Telecopy:  (973) 757-1090
> *Counsel to Chapter 11 Trustee*
>
> By:    /s/  *Christopher M. Hemrick*
>        Christopher M. Hemrick

Date: February 26, 2016