| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br><br> CONNELL FOLEY LLP <br> Stephen V. Falanga <br> Philip W. Allogramento III <br> Christopher M. Hemrick <br> One Newark Center <br> 1085 Raymond Blvd., 19th Floor <br> Newark, New Jersey 07102 <br> Telephone: (973) 757-1100 <br> Telecopy: (973) 757-1090 <br> *Counsel to Chapter 11 Trustee* | |
| In re: <br><br> ROSEVILLE SENIOR LIVING PROPERTIES, LLC, <br><br> Debtor. | Bankr. Case No.: 13-31198 (MBK) <br><br> Hon. Michael B. Kaplan <br><br> Chapter 11 <br><br> Hearing Date: April 25, 2016 <br><br> Hearing Time: 10:00 a.m. <br><br> ORAL ARGUMENT WAIVED UNLESS OBJECTION FILED |

## NOTICE OF CHAPTER 11 TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION TO EQUITY SECURITY HOLDERS FOR SUMS DUE AND OWING ON ACCOUNT OF PROFITS FOR TAX YEARS 2012 THROUGH 2015

PLEASE TAKE NOTICE that Stephen V. Falanga, in his capacity as Chapter 11 Trustee (the "Trustee") for the estate of Roseville Senior Living Properties, LLC (the "Debtor"), by and through his counsel, Connell Foley LLP, hereby moves for the entry of an order pursuant to section 105 of title 11 of the United States Code (the "Bankruptcy Code") authorizing the Trustee to make a distribution to equity security holders for sums due and owing on account of income attributed to the equity security holders for the 2012-2015 tax years arising from profits made by the Debtor's operations (the "Motion").

3658546-2

A hearing will be held on **April 25, 2016 at 10:00 a.m. Eastern Time**, or as soon thereafter as counsel may be heard, before the Honorable Michael B. Kaplan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, NJ 08608.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to enter an Order as requested by the Trustee in the attached papers, or if you want the Court to consider your views on the Motion, then on or before **April 18, 2016**, you must:

1. File with the Court a written objection explaining your position at

   James J. Waldron, Clerk
   U.S. Bankruptcy Court for the District of New Jersey
   Clarkson S. Fisher US Courthouse
   402 East State Street
   Trenton, NJ 08608

2. Mail copies of your objection to:

   Christopher M. Hemrick, Esq.
   Connell Foley LLP
   One Newark Center
   1085 Raymond Blvd., 19th Floor
   Newark, New Jersey 07102

3. Attend the hearing at the date, time, and place specified above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

CONNELL FOLEY LLP
*Counsel to Chapter 11 Trustee*

By:  /s/ *Christopher M. Hemrick*
       Christopher M. Hemrick

Date: April 1, 2016

3658546-2