EisnerAmper LLP
Accountants and Financial
Advisors to the Chapter 11 Trustee
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000

Order Filed on January 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

---

In the Matter of:

ROSEVILLE SENIOR LIVING PROPERTIES, LLC

      Debtor

Case No.: 13-31198

Chapter 11

Hon. Michael B. Kaplan

---

REVISED

**ORDER GRANTING THIRD INTERIM APPLICATION OF
EISNERAMPER LLP AS ACCOUNTANTS TO THE CHAPTER 11
TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND
<u>REIMBURSEMENT OF EXPENSES</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 26, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor:              Roseville Senior Living Properties, LLC

Case No.:           13-31198 (MBK)

Caption of Order:   Order Granting Third Interim Application Of EisnerAmper LLP as Accountants to the Chapter 11 Trustee, For Allowance of Compensation and Reimbursement of Expenses

**UPON CONSIDERATION** of the Application of EisnerAmper LLP, accountants to Stephen V. Falanga, the Chapter 11 Trustee of the Bankruptcy Estate of the above-captioned debtor, Roseville Senior Living Properties, LLC, in support of its Second Interim Application for Allowance of Compensation (the "Application") pursuant to Sections 328 and 330 of Title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey for compensation of professional services performed and reimbursement of actual and necessary expenses incurred by EisnerAmper for the period commencing July 1, 2016 through October 31, 2016; and notice and opportunity to be heard having been given to creditors and other parties-in-interest and the Court having considered the Application and for cause shown;

**IT IS ORDERED**, that compensation and expenses are allowed as follows:

| **APPLICANT** | **FEES** | **EXPENSES** |
| --- | --- | --- |
| EisnerAmper LLP, Accountants to the Trustee | $99,028.50 | $358.73p |