**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

**<u>FEE APPLICATION COVER
SHEET</u>**

| | | | |
|---|---|---|---|
| Debtor: | Roseville Senior Living Properties, LLC | Applicant: | EisnerAmper LLP |
| Case No.: | 13-31198-MBK | Client: | Stephen V. Falanga, Ch. 11 Trustee |
| Chapter: | 11 | Case Filed: | September 27, 2013 |

**SECTION 1
FEE SUMMARY**

Fee Application No. 4 and ☑ Final Fee Application

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ 426,492.50 | $ 3,700.71 |
| Total Fees Allowed To Date: | $ 414,009.50 | $ 3,659.71 |
| Total Retainer (If Applicable) | $ 0 | $ 0 |
| Total Holdback (If Applicable) | $ 2,496.60 | $ N/A |
| Total Received By Applicant | $ 424,036.90 | $ 3,659.71 |

| NAME OF PROFESSIONAL & TITLE | HOURS | RATE | FEE |
|---|---|---|---|
| 1. (See Attached Schedule) | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |

| | |
|---|---|
| Fee Totals: | $ 49,995.50 |
| Disbursements Totals: | $ 117.69 |
| Total Fee Application | $ 50,113.19 |

# ROSEVILLE SENIOR LIVING PROPERTIES

# FEE APPLICATION SUMMARY SHEET

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Daniel J. Gibson, CPA | Partner | 1.1 | $ 510.00 | $ 561.00 |
| Jay Lindenberg, CPA/CFF, CIRA | Director | 76.4 | $ 500.00 | 38,200.00 |
| Caroline Adams | Manager | 10.0 | $ 330.00 | 3,300.00 |
| Jessica Margarita Rivera, CPA | Tax Manager | 5.9 | $ 310.00 | 1,829.00 |
| Aimee Conant | Tax Manager | 1.4 | $ 280.00 | 392.00 |
| Irene Lambert | Senior Accountant | 0.5 | $ 255.00 | 127.50 |
| Casey Hayo | Staff | 4.8 | $ 225.00 | 1,080.00 |
| Andrew Davis | Staff | 13.9 | $ 190.00 | 2,641.00 |
| Lou Ann Torres | Paraprofessional | 5.6 | $ 150.00 | 840.00 |
| DelMarie Velazquez | Paraprofessional | 8.2 | $ 125.00 | 1,025.00 |
| **TOTAL FEES** |  | **127.8** | **$ 391.20** | **$49,995.50** |

* Rates change annually effective August 1st.

FEE TOTALS $49,995.50
DISBURSEMENTS TOTALS 117.69

**NET FEE AND EXPENSES REQUESTED FOR 11/1/16-01/26/2017**          **$50,113.19**

# SECTION II
# SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---:|---:|
| Accounting/Auditing | 26.5 | $ 10,694.50 |
| Asset Analysis & Recovery | | |
| Asset Disposition | | |
| Business Analysis | | |
| Business Operations | | |
| Case Administration | 13.9 | 6,215.00 |
| Claims Admin & Objections | 9.7 | 4,850.00 |
| Client Meeting | | |
| Corporate Finance | | |
| Data Analysis | | |
| Fee/Employment Application | 12.4 | 3,125.00 |
| Financing | | |
| Litigation Support | | |
| Meetings of Creditors | | |
| Operating Reports | 17.3 | 4,961.00 |
| Plan & Disclosure Statement | 4.5 | 2,250.00 |
| Projections, Etc. | | |
| Tax Issues | 43.6 | 17,900.00 |
| Travel Time | | |
| **TOTAL** | **127.9** | **$ 49,995.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DISBURSEMENTS | AMOUNT |
|---|---:|
| a) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | $73.60 |
| b) **Fax**<br>Include per page fee charged. | |
| c) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| d) **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| e) **Outside Reproduction Services**<br>Including scanning services. | |
| f) **Court Reporting**<br>Transcripts. | |
| g) **Travel**<br>Mileage, tolls, airfare, parking. | |
| h) **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| i) **Postage** | 44.09 |
| j) **Other (Meals)** | |
| **DISBURSEMENTS TOTAL:** | $117.69 |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)  DATE CASE FILED: September 27, 2013

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION: November 19, 2015, effective as of October 29, 2015.

   (ANNEX COPY OF ORDER(S))
   IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS
   TO RETENTION, SET FORTH:

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED:

(5)  ANTICIPATED DISTRIBUTION TO CREDITORS:

   (A)  ADMINISTRATION EXPENSES:         (unknown at this time)
   (B)  SECURED CREDITORS:                (unknown at this time)
   (C)  PRIORITY CREDITORS:               (unknown at this time)
   (D)  GENERAL UNSECURED CREDITORS:      (unknown at this time)

(6)  FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITOR (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

_____
Jay Lindenberg, CPA/CFF, CIRA

Dated:  February 8, 2017

EisnerAmper LLP
Accountants and Financial
Advisors to the Chapter 11 Trustee
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
_____

In the Matter of:

ROSEVILLE SENIOR LIVING PROPERTIES,
LLC                                                                          Case No: 13-31198

        Debtor                                                             Chapter 11

_____                    Hon. Michael B. Kaplan

**FOURTH INTERIM AND FINAL FEE APPLICATION BY EISNERAMPER LLP AS ACCOUNTANTS TO THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:    THE HONORABLE MICHAEL B. KAPLAN

EisnerAmper LLP ("Applicant'"), accountants to Stephen V. Falanga, the Chapter 11 Trustee (the "Trustee") by and through Jay Lindenberg, CPA/CFF, CIRA respectfully represents:

1. I am a Certified Public Accountant, Certified in Financial Forensics, a Certified Insolvency and Restructuring Advisor, and a Director in the firm of EisnerAmper LLP, with offices at 111 Wood Avenue South, Iselin, New Jersey, 08830

2. EisnerAmper LLP is well versed and experienced in the accounting for the books and records of assignors, bankrupts, debtors and others involved in insolvency proceedings.

3. EisnerAmper LLP was approved as Accountants to the Trustee, *nunc pro tunc* effective October 29, 2015 under the Chapter 11 filing. A true copy of the Order authorizing that employment is annexed hereto as Exhibit A.

4. Applicant seeks a fourth interim and final award for the time period from November 1, 2016 to January 26, 2017 (the "Compensation Period") for fees of $49,995.50 and $117.69 in reimbursement for a total award of $50,113.09. All services for which compensation is requested by Applicant were performed for or on behalf of the Debtor, and there were no agreements or understandings for the sharing of any compensation.

5. Applicant filed a third interim award on December 15, 2016, for the time period from July 1, 2016 to October 31, 2016 (the "Compensation Period") for fees of $99,028.50 and $358.73 in reimbursement for a total award of $99.387.23. By order dated January 26, 2017, EisnerAmper was awarded a third interim fee application of $99,028.50 in fees and $358.73 in expenses. These fees and expenses were subsequently paid by the Trustee.

6. Applicant filed a second interim fee application on August 15, 2016, for the time period from March 1, 2016 to June 30, 2016 (the "Compensation Period") and by Order dated September 19, 2016 EisnerAmper was awarded $196,000.00 in fees and $486.70 in reimbursements, for a total award $196,486.70. These fees and expenses were subsequently paid by the Trustee.

7. EisnerAmper filed a first interim fee application on April 14, 2016, for the period of November 1, 2015 to February 29, 2016 (the "Compensation Period") for fees of $118,981.00 and $2,814.28 in reimbursement for a total award of $121,795.28. By order dated May 22, 2016, EisnerAmper was awarded a first interim fee application of $118,981.00 in fees and $2,814.28 in expenses. These fees and expenses were subsequently paid by the Trustee.

8. On December 11, 2013, this Court entered an Administrative Fee Order Establishing Procedure for Payment of Interim Compensation and Reimbursement of Expenses to Professionals (the "Administrative Fee Order"). In accordance with the Administrative Fee Order, Applicant has filed and served through the Trustee's Counsel monthly fee statements (the "Statement"), as follows:

| Application Period | Fees Requested | Expenses Requested |
|---|---|---|
| October 29, 2015 - November 30, 2015 | $ 27,634.50 | $ 2,720.46 |
| December 1, 2015 - December 31, 2015 | 23,061.50 | 0.00 |
| January 1, 2016 - January 31, 2016 | 33,700.00 | 51.82 |
| February 1, 2016 - February 29, 2016 | 34,585.00 | 42.00 |
| March 1, 2016 - March 31, 2016 | 49,301.00 | 77.80 |
| April 1, 2016 - April 30, 2016 | 50,009.00 | 152.22 |
| May 1, 2016 - May 31, 2016 | 47,852.50 | 41.63 |
| June 1, 2016 - June 30, 2016 | 57,431.50 | 215.05 |
| July 1, 2016 - July 31, 2016 | 33,578.00 | 103.94 |
| August 1, 2016 - August 31, 2016 | 28,134.50 | 131.89 |
| September 1, 2016 - September 30, 2016 | 18,955.50 | 89.60 |
| October 1, 2016 - October 31, 2016 | 18,360.50 | 33.30 |
| November 1, 2016 - November 30, 2016 | 12,483.00 | 41.00 |

9. The specific services performed by the Applicant are detailed in the billing attached as Exhibit B, Schedule of Professional Time by Date Order, Exhibit C, Detail Schedule of Professional Time by Staff Member, Exhibit D, Detail Schedule of Professional Time by Work Code, and Exhibit E, Detail Schedule of Itemized Expenses.

SUMMARY OF SERVICES RENDERED:
1. Assist the Trustee and counsel with the confirmation of the Chapter 11 Trustee's Plan of Liquidation.
2. Research and analyze claims and assist with the Motion to expunge and modify claims.
3. Prepare monthly operating reports for the months of October, November and December of 2016.
4. Assist the Trustee with the continued wind down of the Debtor's affairs, including continued transition with Westmont properties.
5. Preparation of estimated tax projections and other analyses to assist Trustee with California Franchise tax liability.
6. Prepare estimate tax vouchers for California State tax relating to composite income.
7. Prepare year end December 31, 2016, accounting trial balance and tax return workpapers.
8. Begin to prepare Debtor's 2016 partnership tax returns and related schedules.
9. Assist Trustee with several annual federal and state tax compliance filings.
10. Assist Trustee with updated accounting and processing of payments to venders.
11. The petitioner has attempted merely to summarize the services rendered during the period by confining each summary to major efforts and highlights. Necessarily, many lower professional services not specifically identified herein, were rendered during the period encompassed by this application.

WHEREFORE, EisnerAmper, LLP requests the Court to grant its fourth interim and final application fee in the amount of $49,995.50 and $117.69 in reimbursement for a total award of $50,113.09.

Respectfully submitted
EisnerAmper LLP

_____
Jay Lindenberg, CPA/CFF, CIRA

2/8/2017
Date

_____
Notary Public

DELMARIE VELAZQUEZ
Commission # 2451198
Notary Public, State of New Jersey
My Commission Expires
December 17, 2019

# Retention Order

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>CONNELL FOLEY LLP<br>Stephen V. Falanga (SF6414)<br>Philip W. Allogramento III (PA7796)<br>Christopher M. Hemrick (CH3682)<br>One Newark Center<br>1085 Raymond Blvd., 19th Floor<br>Newark, New Jersey 07102<br>Telephone: (973) 757-1100<br>Telecopy: (973) 757-1090<br>*Proposed Counsel to Chapter 11 Trustee* |
| In re:<br><br>ROSEVILLE SENIOR LIVING PROPERTIES, LLC,<br><br>    Debtor. |

Order Filed on November 19, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Bankr. Case No.: 13-31198 (MBK)

Hon. Michael B. Kaplan

Chapter 11

**ORDER AUTHORIZING RETENTION OF
EISNERAMPER LLP AS ACCOUNTANTS FOR THE CHAPTER 11 TRUSTEE**

The relief set forth on the following page is **ORDERED**.

**DATED: November 19, 2015**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

3540703-2

Upon the applicant's request for authorization to retain EisnerAmper LLP as Accountants for the Chapter 11 Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: EisnerAmper LLP, 111 Wood Avenue, South Iselin, NJ 08830-2700.

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is Nunc Pro Tunc to October 29, 2015.

2

3540703-2

# ~ Exhibit A ~

**ROSEVILLE SENIOR LIVING PROPERTIES, LLC**
**FOR PROFESSIONAL SERVICES RENDERED 11/01/2016 THROUGH 01/26/2017 BY BILL CODE:**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Jay Lindenberg | 11/09/2016 | Update accounting issues. | $ 500.00 | 0.4 | $ 200.00 |
| Jay Lindenberg | 11/16/2016 | Review and discuss October 31, accounting, recording payment from new owners, cash reconciliation and respond to L. Torres, EisnerAmper, questions. | 500.00 | 1.1 | 550.00 |
| Jay Lindenberg | 11/18/2016 | Case administration regarding updating books and records. | 500.00 | 0.4 | 200.00 |
| Caroline Adams | 11/22/2016 | Prepare reconciliation of professional Fees to determine amount remaining to be paid; analysis included review of Prior MORs, corresponding bank statements and quickbooks files relating to professionals paid to date. | 330.00 | 2.1 | 693.00 |
| Caroline Adams | 11/22/2016 | Review, revise, and update schddule of payments to professionals for MOR report. | 330.00 | 0.8 | 264.00 |
| Caroline Adams | 11/22/2016 | Review and analysis of Pacer documents related to the Professional Fee Applications filed with the court in order to prepare reconciliations for Professional Fees paid and pending to date. | 330.00 | 0.7 | 231.00 |
| Jay Lindenberg | 11/22/2016 | Review, revise and update schedule of professional fees, discuss with C. Adams and process payment for Connell Foley including correspondence to Trustee. | 500.00 | 0.8 | 400.00 |
| Jay Lindenberg | 11/28/2016 | Review and update accounting including vender payments. | 500.00 | 0.6 | 300.00 |
| Caroline Adams | 11/29/2016 | Prepare and update the MOR Professional Fees schedule based on reconciliation of Professional Fees. | 330.00 | 1.4 | 462.00 |
| Jay Lindenberg | 11/29/2016 | Update 2106 accounting and year end projections. | 500.00 | 0.8 | 400.00 |
| Caroline Adams | 11/30/2016 | Prepare and update the October 2016 MOR Professional Fees schedule based on reconciliation of Professional Fees. | 330.00 | 0.4 | 132.00 |
| Jay Lindenberg | 12/01/2016 | Update accounting issues and processing of payments. | 500.00 | 0.6 | 300.00 |
| Jay Lindenberg | 12/02/2016 | Research payment history for status of check issues to Connell Foley, communications with counsel. | 500.00 | 0.4 | 200.00 |
| Lou Ann Torres | 12/06/2016 | Preparing and process of vendor payments. | 150.00 | 1.0 | 150.00 |
| Jay Lindenberg | 12/09/2016 | Review of files, prepare list of open issues to discuss with Trustee re: Payroll processing question, unpaid venders, Delaware filing, year end processing of annual filings and November accounting. | 500.00 | 1.2 | 600.00 |
| Lou Ann Torres | 12/13/2016 | Prepare bank reconciliation of November 2016. | 150.00 | 0.7 | 105.00 |
| Jay Lindenberg | 12/13/2016 | Review correspondence relating to Capital Call, discuss with counsel. | 500.00 | 1.0 | 500.00 |
| Jay Lindenberg | 12/19/2016 | Research partnership agreement regarding distribution on behalf of Investors and accounting of same. | 500.00 | 1.8 | 900.00 |
| Jay Lindenberg | 12/21/2016 | Research Debtor's historical document regarding distributions and member's equity. | 500.00 | 0.8 | 400.00 |
| Jay Lindenberg | 01/03/2017 | Update accounting and processing of payables. | 500.00 | 0.6 | 300.00 |
| Lou Ann Torres | 01/04/2017 | Prepare vendor payables. | 150.00 | 0.5 | 75.00 |
| Jay Lindenberg | 01/06/2017 | Begin year end accounting for 12/31/16 closing, review QuickBooks and update account analyses. | 500.00 | 1.3 | 650.00 |
| Lou Ann Torres | 01/10/2017 | Reconciling December 2016 bank account. | 150.00 | 0.6 | 90.00 |
| Jay Lindenberg | 01/10/2017 | Obtain and reconcile December 2016 bank statement for Operating report, year end closing and 1099 information. | 500.00 | 0.7 | 350.00 |
| Jay Lindenberg | 01/12/2017 | Roseville, outstanding vendor invoice. | 500.00 | 0.5 | 250.00 |
| Jay Lindenberg | 01/16/2017 | Year end accounting and adjustments regarding preparation of 2016 tax returns. | 500.00 | 2.4 | 1,200.00 |
| Andrew Davis | 01/23/2017 | Created disbursements schedule, determined Trustee fee using Quarterly fee schedule, made entry into QuickBooks for check disbursement, and printed check for US Trustee fee. | 190.00 | 1.3 | 237.50 |
| Jay Lindenberg | 01/25/2017 | Updating of accounting and processing of checks. | 500.00 | 0.9 | 450.00 |
| Lou Ann Torres | 01/25/2017 | Preparing invoices for payment. | 150.00 | 0.7 | 105.00 |
| | | **Accounting/Auditing Total** | | **26.5** | **10,694.50** |
| Jay Lindenberg | 11/08/2016 | Review certification of no objections, verify amounts and process checks. | 500.00 | 0.3 | 150.00 |
| Lou Ann Torres | 11/09/2016 | Preparing checks as requested by the Trustee. | 150.00 | 0.5 | 75.00 |
| Jay Lindenberg | 11/10/2016 | Update accounting books and records, processing checks, banking and request for October 31 bank statement. | 500.00 | 0.8 | 400.00 |
| Lou Ann Torres | 11/16/2016 | General accounting report for MOR reporting. | 150.00 | 1.6 | 240.00 |
| Jay Lindenberg | 11/21/2016 | Research new (old) invoices received from Westmont. | 500.00 | 0.4 | 200.00 |

**ROSEVILLE SENIOR LIVING PROPERTIES, LLC**
**FOR PROFESSIONAL SERVICES RENDERED 11/01/2016 THROUGH 01/26/2017 BY BILL CODE:**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Jay Lindenberg | 11/21/2016 | Review responses filed on behalf of MeeCorp regarding Objection, | 500.00 | 0.9 | 450.00 |
| Jay Lindenberg | 12/12/2016 | Review of files in preparation for meeting with Trustee, research pending tax matters and open issues with Westmont. | 500.00 | 1.3 | 650.00 |
| Jay Lindenberg | 12/13/2016 | Conference call with Trustee re: Case developments, document destructions, tax issues including California composite tax returns. | 500.00 | 0.5 | 250.00 |
| Jay Lindenberg | 12/15/2016 | Coordinate a variety of payroll, accounting and document destruction issues to assists Trustee with closing case. | 500.00 | 1.2 | 600.00 |
| Jay Lindenberg | 12/15/2016 | Review recommended changes from counsel regarding the Third Interim fee application. | 500.00 | 0.1 | 50.00 |
| Jay Lindenberg | 12/20/2016 | Respond to comments from counsel regarding additional information November's MFS. | 500.00 | 0.2 | 100.00 |
| Jay Lindenberg | 01/04/2017 | Assist Trustee with wind down of case, pending issues with Westmont and buyer. | 500.00 | 0.9 | 450.00 |
| Jay Lindenberg | 01/06/2017 | Review correspondence from Trustee and Counsel regarding Plan Confirmation, review progression of several projects. | 500.00 | 0.7 | 350.00 |
| Jay Lindenberg | 01/09/2017 | Review pending matters, prepare agenda for meeting with Trustee re: completing case. | 500.00 | 0.3 | 150.00 |
| Jay Lindenberg | 01/11/2017 | Assist Trustee with closing case, tax issues, Westmont issues and proposed final distributions. | 500.00 | 0.9 | 450.00 |
| Jay Lindenberg | 01/16/2017 | Prepare for and call with Trustee re: wind down and closing case. | 500.00 | 0.7 | 350.00 |
| Jay Lindenberg | 01/17/2017 | Assist Trustee with wind down of variety of issues and closing of case. | 500.00 | 0.9 | 450.00 |
| Jay Lindenberg | 01/20/2017 | Review various case files with C. Adams, EisnerAmper, re: wind down and closing case. | 500.00 | 0.7 | 350.00 |
| Jay Lindenberg | 01/23/2017 | Review communications from counsel regarding approved fees. | 500.00 | 0.3 | 150.00 |
| Jay Lindenberg | 01/26/2017 | Review several filings relating to Edrei's Motion and Orderly Confirmation Liquidation. | 500.00 | 0.7 | 350.00 |
| | | **Case Administration Total** | | **13.9** | **6,215.00** |
| Jay Lindenberg | 11/09/2016 | Review Trustee's Motion to Expunge/ adjust/modify claims re: MeeCorp & extension of time request to confirm the Plan. | 500.00 | 0.9 | 450.00 |
| Jay Lindenberg | 11/11/2016 | Review, revise and update analysis of Schedule F Claims based on additional documentation receives from venders. | 500.00 | 1.2 | 600.00 |
| Jay Lindenberg | 11/23/2016 | Research files, review and update claims information, review schedule and explanation and discuss with counsel re: Omnibus Claims Objections and Certification. | 500.00 | 3.6 | 1,800.00 |
| Jay Lindenberg | 11/28/2016 | Review claims analysis, review and complete Certification regarding Claims objections, prepare Exhibit A and discuss with counsel. | 500.00 | 2.2 | 1,100.00 |
| Jay Lindenberg | 11/29/2016 | Review filed Motion to expunge claims. | 500.00 | 0.4 | 200.00 |
| Jay Lindenberg | 12/20/2016 | Review of correspondence regarding Meecorp and Edrei Pre-Petition Claims and related issues. | 500.00 | 1.4 | 700.00 |
| | | **Claims Admin & Objections Total** | | **9.7** | **4,850.00** |
| DelMarie Velazquez | 11/07/2016 | Preparation of 12th monthly fee statement, October 2016. | 125.00 | 1.2 | 150.00 |
| Jay Lindenberg | 11/08/2016 | Review Monthly Fee Statement for October 2016. | 500.00 | 0.2 | 100.00 |
| Jay Lindenberg | 11/10/2016 | Review, revise and sign Monthly Fee Statement for October 2016. | 500.00 | 0.3 | 150.00 |
| DelMarie Velazquez | 12/09/2016 | Preparation of 3rd Interim Fee Application. | 125.00 | 3.2 | 400.00 |
| DelMarie Velazquez | 12/10/2016 | Preparation of 13th monthly fee statement. | 125.00 | 1.0 | 125.00 |
| Jay Lindenberg | 12/12/2016 | Revise fee application and prepare schedule of services. | 500.00 | 1.4 | 700.00 |
| Jay Lindenberg | 12/14/2016 | Review, revise and sign fee application, draft correspondence re: filing. | 500.00 | 0.5 | 250.00 |
| Jay Lindenberg | 12/15/2016 | Review, revise and sign monthly fee statement for November, 2016. | 500.00 | 0.3 | 150.00 |
| Jay Lindenberg | 01/23/2017 | Review December's Work in Process and begin final fee application. | 500.00 | 0.7 | 350.00 |
| Jay Lindenberg | 01/26/2017 | Begin to prepare final fee application. | 500.00 | 0.8 | 400.00 |
| DelMarie Velazquez | 01/26/2017 | Preparation of final fee application. | 125.00 | 2.8 | 350.00 |
| | | **Fee/Employment Application Total** | | **12.4** | **3,125.00** |
| Jay Lindenberg | 11/15/2016 | Update October accounting for preparation of Operating Report. | 500.00 | 0.7 | 350.00 |

**ROSEVILLE SENIOR LIVING PROPERTIES, LLC**
**FOR PROFESSIONAL SERVICES RENDERED 11/01/2016 THROUGH 01/26/2017 BY BILL CODE:**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Andrew Davis | 11/16/2016 | Begin to prepare monthly operating report for the month of October 2016. | 190.00 | 2.2 | 418.00 |
| Andrew Davis | 11/22/2016 | Review updated information to complate monthly operating report for the month of October. | 190.00 | 1.5 | 285.00 |
| Andrew Davis | 11/28/2016 | Prepared monthly operating report for the month of October. | 190.00 | 0.7 | 133.00 |
| Jay Lindenberg | 11/28/2016 | Review open issues with staff regarding completing Operating | 500.00 | 0.4 | 200.00 |
| Jay Lindenberg | 11/30/2016 | Review and approve October MOR, prepare correspondence and forward to Trustee for filing. | 500.00 | 0.7 | 350.00 |
| Andrew Davis | 12/16/2016 | Prepared monthly operating report for November. | 190.00 | 1.8 | 342.00 |
| Jay Lindenberg | 12/16/2016 | Prepare November 2016 Operating report. | 500.00 | 0.4 | 200.00 |
| Andrew Davis | 12/19/2016 | Prepared monthly operating report for November. | 190.00 | 2.0 | 380.00 |
| Jay Lindenberg | 12/19/2016 | Prepare November MOR report, analyze data. | 500.00 | 0.6 | 300.00 |
| Andrew Davis | 01/06/2017 | Updated professional fees for MOR for November 2016. | 190.00 | 0.2 | 38.00 |
| Jay Lindenberg | 01/06/2017 | Review, revise and complete MOR for November 2016, draft correspondence and forward to Trustee for filing. | 500.00 | 0.8 | 400.00 |
| Andrew Davis | 01/11/2017 | Prepared monthly operating report for December 2016 using QuickBooks file and bank statements. | 190.00 | 2.3 | 437.00 |
| Andrew Davis | 01/17/2017 | Made closing entries for 2016 and updated and printed December | 190.00 | 1.2 | 228.00 |
| Jay Lindenberg | 01/17/2017 | Preparation of the December 2016 Operating report including recording additional year end adjustments. | 500.00 | 1.3 | 650.00 |
| Jay Lindenberg | 01/18/2017 | Review, revise and complete MOR, draft correspondence and forward to Trustee for filing. | 500.00 | 0.4 | 200.00 |
| Jay Lindenberg | 01/19/2017 | Processing of December 2016 MOR. | 500.00 | 0.1 | 50.00 |
| | | **Operating Reports Total** | | **17.3** | **4,961.00** |
| Jay Lindenberg | 12/29/2016 | Research issues relating to and review limited Plan objection filed by Office of the United States Trustee. | 500.00 | 1.2 | 600.00 |
| Jay Lindenberg | 01/03/2017 | Review several certifications and objection files related to Plan confirmation and Claims disputes. | 500.00 | 1.7 | 850.00 |
| Jay Lindenberg | 01/04/2017 | Review addition documents filed in case challenging Debtor's Plan confirmation and objections, responses related to Expunged Claims and related issues. | 500.00 | 1.3 | 650.00 |
| Jay Lindenberg | 01/05/2017 | Communications with Trustee regarding Plan Confirmation and winding down of case. | 500.00 | 0.3 | 150.00 |
| | | **Plan & Disclosure Statements Total** | | **4.5** | **2,250.00** |
| Jay Lindenberg | 11/10/2016 | Review progression of case and timing regarding confirming Plan in 2016 and filing final tax returns, begin to review tax related issuing if final return is for 2017. | 500.00 | 0.7 | 350.00 |
| Jay Lindenberg | 11/29/2016 | Research tax notice from IRS regarding balance due of first quarter payroll taxes. | 500.00 | 0.4 | 200.00 |
| Jay Lindenberg | 11/30/2016 | Discuss with tax department California estimated tax payment due on capital gain. | 500.00 | 0.6 | 300.00 |
| Jay Lindenberg | 12/02/2016 | Update analysis of Debtor's books and records for California composite income tax projection and related issues. | 500.00 | 1.3 | 650.00 |
| Jay Lindenberg | 12/05/2016 | Year end tax planning, projections and discuss with J. Rivera, EisnerAmper. | 500.00 | 0.8 | 400.00 |
| Jay Lindenberg | 12/06/2016 | Discuss preparation of 2016 tax returns with J. Rivera, EisnerAmper, pending issues, timing and California composite income. | 500.00 | 0.7 | 350.00 |
| Jay Lindenberg | 12/07/2016 | Draft correspondence to Trustee re: Annual Delaware representation. | 500.00 | 0.3 | 150.00 |
| Jay Lindenberg | 12/07/2016 | Year end tax projections, estimated taxes and several communications with D. Gibson and J. Rivera, EisnerAmper, and communication from Investor's accountant. | 500.00 | 0.9 | 450.00 |
| J. Margarita Rivera | 12/07/2016 | Prepare California estimates for 2016 tax year. | 310.00 | 1.4 | 434.00 |
| J. Margarita Rivera | 12/07/2016 | Emails with D. Gibson and J. Lindenberg, EisnerAmper, regarding estimates and projections and saving files into binder. | 310.00 | 0.6 | 186.00 |
| Jay Lindenberg | 12/08/2016 | Respond to several year end planning tax issues including 2016 K-1s to members, California tax including conversation with C. Hemrick | 500.00 | 0.6 | 300.00 |

**ROSEVILLE SENIOR LIVING PROPERTIES, LLC**
**FOR PROFESSIONAL SERVICES RENDERED 11/01/2016 THROUGH 01/26/2017 BY BILL CODE:**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| J. Margarita Rivera | 12/13/2016 | Background information to C. Hayo, EisnerAmper and explain workpapers prepared in June to calculate 4th quarter estimate so he could follow the same method and update for income through October 2016. | 310.00 | 0.4 | 124.00 |
| J. Margarita Rivera | 12/13/2016 | Review QB file kept by bankruptcy group. Trying to reconcile gain on sale per QB file to gain on sale calculated in June. Calculate adjustments needed to be made to opening balances for 2016 and to entry to calculate gain. | 310.00 | 1.6 | 496.00 |
| Jay Lindenberg | 12/13/2016 | Initial preparation of 2016 Partnership tax returns, meeting with D. Gibson, timing of issuing K-1s, tax projections and payment of estimated taxes. | 500.00 | 1.6 | 800.00 |
| Jay Lindenberg | 12/14/2016 | Review and approve year end tax preparation planning, prepare revised projections and calculation for estimated taxes, forward files and last years workpapers. | 500.00 | 1.7 | 850.00 |
| Casey Hayo | 12/14/2016 | Prepared California 4th quarter estimated tax payments for 1.7K. | 225.00 | 4.8 | 1,080.00 |
| J. Margarita Rivera | 12/14/2016 | Sitting with C. Hayo, EisnerAmper, and training him on how to make adjustments to opening balance and to record a gain of sale using Roseville's October reports and reconding with June's adjustments. | 310.00 | 1.0 | 310.00 |
| Daniel J. Gibson | 12/15/2016 | Estimated tax vouchers. | 510.00 | 0.5 | 255.00 |
| Jay Lindenberg | 12/15/2016 | Year end tax planning regarding accruing post confirmation activity into 2016 as final tax return. | 500.00 | 0.8 | 400.00 |
| J. Margarita Rivera | 12/15/2016 | Review the 4th quarter estimate package and update it. Deliver it to J. Lindenberg and send email to D. Gibson, EisnerAmper, about changes to 4th quarter estimate. | 310.00 | 0.9 | 279.00 |
| Jay Lindenberg | 12/22/2016 | Research and respond to investors regarding capital gains, possible resolve outstanding check issue. | 500.00 | 0.6 | 300.00 |
| Jay Lindenberg | 12/22/2016 | Research Debtor's agreements regarding distribution to partners as it relates to tax payments at the partnership level and related issues. | 500.00 | 1.3 | 650.00 |
| Jay Lindenberg | 12/29/2016 | Review correspondence regarding CSC payment, research and respond to Trustee. | 500.00 | 0.4 | 200.00 |
| Daniel J. Gibson | 01/03/2017 | Meeting with J. Lindenberg, EisnerAmper, on schedule and plan to get return prepared. | 510.00 | 0.6 | 306.00 |
| Jay Lindenberg | 01/03/2017 | Meeting with D. Gibson, EisnerAmper. re: case progression as it relates to preparing 2016 tax returns, staffing and accounting issues. | 500.00 | 0.6 | 300.00 |
| Jay Lindenberg | 01/05/2017 | Research and respond to questions and issues regarding preparation of 2016 tax returns. | 500.00 | 1.7 | 850.00 |
| Andrew Davis | 01/12/2017 | Made QuickBooks entries and prepared and printed checks to be sent to Franchise Tax Board. | 190.00 | 0.8 | 142.50 |
| Jay Lindenberg | 01/12/2017 | California composite tax returns issues, estimated payments, discuss with Trustee, processing of forms and draft related correspondence. | 500.00 | 1.3 | 650.00 |
| Caroline Adams | 01/12/2017 | Analysis of Cash Disbursements schedule printed out of QuickBooks (2016), inquire regarding potential 1099s that will need to be issued; compare to the Professionals support schedule which includes the disbursements made to Professionals including Jan 2016 through Oct 2016. | 330.00 | 2.2 | 726.00 |
| Caroline Adams | 01/13/2017 | Prepare 1099 schedule for 1099 preparation of Professional fees; included analysis of various Professionals' fee applications for information pertaining to the firm's Tax ID#s; noted Professionals with no information relating to Tax ID#s. | 330.00 | 1.3 | 429.00 |
| Jay Lindenberg | 01/13/2017 | Processing of California estimated tax payments for Composite return. | 500.00 | 0.4 | 200.00 |
| Jay Lindenberg | 01/16/2017 | Preparation of annual 1099s and processing of estimated tax payments. | 500.00 | 0.9 | 450.00 |
| Caroline Adams | 01/16/2017 | Review of cash disbursements other than professionals to determine if any additional 1099s should be issued. | 330.00 | 0.5 | 165.00 |
| Aimee Conant | 01/18/2017 | Review of files prior to meeting, re: 2016 tax returns. | 280.00 | 0.6 | 168.00 |
| Jay Lindenberg | 01/18/2017 | Complete 2016 tax return workpapers and review with A. Conant, from EisnerAmper. | 500.00 | 1.6 | 800.00 |
| Irene Lambert | 01/20/2017 | Meeting with A. Conant and J. Lindenberg, EisnerAmper, to discuss Roseville and what needs to be done. | 255.00 | 0.5 | 127.50 |

**ROSEVILLE SENIOR LIVING PROPERTIES, LLC**
**FOR PROFESSIONAL SERVICES RENDERED 11/01/2016 THROUGH 01/26/2017 BY BILL CODE:**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---:|---:|---:|
| Aimee Conant | 01/20/2017 | Meet with J. Lindenberg, EisnerAmper, send Illinois to discuss job and info in the O drive, contact IT for access to O drive, discuss timing with Illinois. | 280.00 | 0.8 | 224.00 |
| Jay Lindenberg | 01/20/2017 | Meeting with tax staff regarding preparation of 2016 partnership tax return. | 500.00 | 1.0 | 500.00 |
| Jay Lindenberg | 01/23/2017 | Prepare OUST check and related correspondence to Trustee. | 500.00 | 0.6 | 300.00 |
| Jay Lindenberg | 01/23/2017 | Review 2016 disbursements, prepare processing of annual 1099 Forms. | 500.00 | 0.4 | 200.00 |
| Jay Lindenberg | 01/24/2017 | Preparation of annual 1099 forms, research information and contact Westmont regarding vender payments made directly by Trustee. | 500.00 | 1.3 | 650.00 |
| Caroline Adams | 01/24/2017 | Update the 1099 schedule based on support received for W-9s; link and send to J. Lindenberg, EisnerAmper, for his review. | 330.00 | 0.6 | 198.00 |
| Jay Lindenberg | 01/25/2017 | Respond to questions related to completing 2016 tax returns. | 500.00 | 0.9 | 450.00 |
| Jay Lindenberg | 01/26/2017 | Review tax notice received from Westmont, research issues and discuss with Trustee. | 500.00 | 0.7 | 350.00 |
| Jay Lindenberg | 01/26/2017 | Respond to 1099 processing questions and approve for assembly. | 500.00 | 0.4 | 200.00 |
| | | **Tax Issues Total** | | **43.6** | **17,900.00** |
| | | **Grand Total** | | **127.8** | **$ 49,995.50** |

# ~ Exhibit B ~

**ROSEVILLE SENIOR LIVING PROPERTIES**
**ITEMIZED EXPENSES INCURRED**

| Date | Name | Amount | Category | Description |
|---|---|---|---|---|
| 11/30/2016 | J. Lindenberg | 41.00 | PACER | 410 pages at $.10 |
| 12/31/2016 | J. Lindenberg | 32.60 | PACER | 326 pages at $.10 |
| | **PACER Total** | **73.60** | | |
| 12/31/2016 | J. Lindenberg | 26.49 | Postage | Postage & Messenger |
| 01/16/2017 | J. Lindenberg | 17.60 | Postage | Postage & Messenger |
| | **Postage Total** | **44.09** | | |
| | **Grand Total** | **$ 117.69** | | |